1  Sri K. Sankaran, (CA SBN 236584)
   E-mail: ssankaran@winthrop.com
2  Devan V. Padmanabhan, (MN SBN 0240126)
   E-mail: dpadmanabhan@winthrop.com
3  Paul J. Robbennolt, (MN SBN 240497)
   E-mail:  probbennolt@winthrop.com
4  **WINTHROP & WEINSTINE, P.A.**
   Capella Tower, Suite 3500
5  225 South Sixth Street
   Minneapolis, Minnesota 55402-4629
6  Telephone:   (651) 604-6400
   Facsimile:    (651) 604-6800

Attorneys for Defendant Infortrend Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AVNET, INC., a New York corporation, successor-in-interest to Bell Microproducts, Inc., <br><br> Plaintiff, <br><br> v. <br><br> INFORTREND CORPORATION, a California corporation, <br><br> Defendant. | Case No. 5:13-cv-01765-LHK <br><br> **NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

The parties reached a settlement in the above-captioned matter on Friday, August 16, but have not yet had an opportunity to prepare and finalize a formal Settlement Agreement. The parties expect to be able to finalize a settlement agreement within 30 days. Accordingly, the parties **STIPULATE**, and respectfully request that the Court

**VACATE** the August 21, 2013, **CASE MANAGEMENT CONFERENCE** in order to allow the parties to finalize and execute a formal Settlement Agreement and file a stipulation of dismissal.

Respectfully submitted,

**WINTHROP & WEINSTINE, P.A.**

Dated:  August 19, 2013

By:  s/Sri K. Sankaran
Sri K. Sankaran (CA SBN 236584)
Devan V. Padmanabhan
Paul J. Robbennolt

Attorneys for Defendant Infortrend Corporation

**DLA PIPER, LLP (US)**

By:   s/Matthew S. Covington
MATTHEW S. COVINGTON

**SACKS, RICKETTS & CASE LLP**

By:   s/Cynthia A. Ricketts
CYNTHIA A. RICKETTS
(pro hac vice application pending)
KATHERINE L. PAPPAS
(pro hac vice application pending)

Attorneys for Plaintiff

8222429v1