UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVNET, INC., a New York corporation, successor-in-interest to Bell Microproducts, Inc., <br><br>Plaintiff, <br>v. <br><br>INFORTREND CORPORATION, a California corporation, <br><br>Defendant. | Case No.: 13-CV-01765-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING THE DEADLINE TO ANSWER |

The Court continues the Case Management Conference scheduled for August 21, 2013, to October 2, 2013, at 1:30 p.m. in Courtroom 8. The parties shall file a revised Joint Case Management Statement by September 25, 2013. If the parties file a stipulation to dismiss the matter before September 25, 2013, the Case Management Conference will be vacated. The Court further extends the deadline for Defendant to file its Answer to September 20, 2013.

**IT IS SO ORDERED.**

Dated: August 20, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01765-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING THE DEADLINE TO ANSWER