UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVNET, INC., a New York corporation, successor-in-interest to Bell Microproducts, Inc., <br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>INFORTREND CORPORATION, a California corporation,<br><br>　　　　　　　Defendant. | Case No.: 13-CV-01765-LHK<br><br>ORDER RE: FILING OF CASE MANAGEMENT STATEMENT |

The Parties have not submitted a joint case management statement in this matter for the Case Management Conference scheduled for November 6, 2013, at 2 p.m. *See* Local Rule 16-10(d). Accordingly, the Court ORDERS the Parties to file a joint case management statement by no later than Monday, November 4, 2013, at 5 p.m.

**IT IS SO ORDERED.**

Dated: November 1, 2013

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 13-CV-01765-LHK
ORDER RE: FILING OF CASE MANAGEMENT STATEMENT